JOE LAXAGUE
Nevada Bar No. 7417
STEPHEN P. FULLER
Georgia Bar No. 280336
*(will comply with LR IA 11-2 within 30 days)*
The Crone Law Group, P.C.
1 East Liberty, Suite 600
Reno, NV 89501
Tel: (775) 234-5221
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL EQUITY LIMITED, a North Carolina corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>PAUL F. MORINA,<br><br>  Defendant. | Case No.: 2:22-cv-00758-RFB-VCF<br><br>**STIPULATION AND ORDER** |

Plaintiff Global Equity Limited and Defendant Paul F. Morina, by and through their undersigned counsel of record, hereby stipulate that:

1. The Summons and Complaint in this action were properly served upon the Defendant on May 20, 2022.

2. The First Amended Complaint in this action was served upon Defendant by mail following personal service of the original Complaint.

3. On behalf of the Defendant, his undersigned counsel of record hereby acknowledges receipt and acceptance of service of the First Amended Complaint.

4. Defendant shall file an Answer or otherwise respond to the First Amended Complaint on or before July 11, 2022.

Dated this 8th day of June, 2022.

THE CRONE LAW GROUP, P.C.

By:/s/ Joe Laxague
Joe Laxague
Nevada Bar No. 7417
1 East Liberty, Suite 600
Reno, NV 89501
*Attorneys for Plaintiff*

Dated this 8th day of June, 2022.

HOWARD & HOWARD

By:/s/ W. West Allen
W. West Allen
Nevada Bar No. 5566
3800 Howard Hughes Pkwy, Ste. 1000
Las Vegas, NV 89169

Vincent P. Sarubbi, Esq.
*(will comply with LR IA 11-2 within 30 days)*
Archer & Greiner P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
DATED 6-16-2022

///

///

2